COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-03-140-
CV

IN RE RICHARD EARL JOHNSON RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus 
and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL A
: HOLMAN, J.; CAYCE, C.J.; and GARDNER, J.

DELIVERED: May 30, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.1
.